UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-80194-CR-DMM/DLB

IN RE:

SEALED INFORMATION
_____/

FILED by _____ D.C.

OCT 16 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## MOTION TO SEAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests this Honorable Court to seal the attached Information until the arrest of the first defendant. The defendants charged in this Information are part of an ongoing investigation involving other individuals. Early disclosure of the Information could result in destruction of evidence, intimidation of witnesses, and targets of the investigation fleeing from the jurisdiction.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: _____
A. Marie Villafaña
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0018255
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Ann.Marie.C.Villafana@usdoj.gov
Tel: (561) 820-8711
Fax: (561) 820-8777